Marc E. Kasowitz, Esq.
(mkasowitz@kasowitz.com)
Albert S. Mishaan, Esq.
(amishaan@kasowitz.com)
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

Harold E. Patricoff, Esq.
(hpatricoff@shutts.com)
Michael D. Crosbie, Esq.
(mcrosbie@shutts.com)
SHUTTS & BOWEN LLP
200 South Biscayne Boulevard, Suite 4100
Miami, Florida 33131
Telephone: (305) 379-9189
Facsimile: (305) 381-9982

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
SERGEY YANCHUKOV, UNIQUE GOALS : Civ. A. No. 1:15-cv-08128
INTERNATIONAL, LTD., FAITH UNION : (JPO)
INDUSTRIES, LTD. AND MANGAZEYA MINING :
LIMITED, :
 :
          Plaintiffs, :
 :
    - against - :
 :
MAXIM FINSKIY, KIRKLAND INTERTRADE :
CORPORATION, DZM GOLD MINING LTD., WTG :
HOLDINGS S.A.R.L., AND INGER INDUSTRIES, :
 :
          Defendants. x
------------------------------------------------------------------

**NOTICE OF DEFENDANT, INGER INDUSTRIES'
<u>MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT</u>**

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law, by and

through its undersigned attorneys, Defendant, Inger Industries, will move this Court, before the

Honorable J. Paul Oetken, United States District Court for the Southern District of New York, at

Courtroom 706 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on such date and time as the Court determines, for an order dismissing the Second Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

    KASOWITZ, BENSON, TORRES LLP

    By: /s/ Gary W. Dunn

        Marc E. Kasowitz
        (mkasowitz@kasowitz.com)
        Albert S. Mishaan
        (amishaan@kasowitz.com)
        Gary W. Dunn
        (gdunn@kasowitz.com)
        1633 Broadway
        New York, New York 10019
        Telephone: (212) 506-1700
        Facsimile: (212) 506-1800

        Harold E. Patricoff
        (hpatricoff@shutts.com)
        Michael D. Crosbie
        (mcrosbie@shutts.com)
        SHUTTS & BOWEN LLP
        200 South Biscayne Boulevard, Suite 4100
        Miami, Florida 33131
        Telephone: (305) 379-9189
        Facsimile: (305) 381-9982

        *Attorneys for Defendants Inger Industries, Maxim Finskiy, Kirkland Intertrade Corporation, DZM Gold Mining Ltd., and WTG Holdings S.A.R.L.*

**TO:** All parties of record (ECF)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of May, 2017, a true and correct copy of the foregoing has been served via electronic mail upon:

To:

Tab K. Rosenfeld, Esq.
Steven M. Kaplan, Esq.
Nicole E. Meyer, Esq.
ROSENFELD & KAPLAN, LLP
1180 Avenue of the Americas, Suite 1920
New York, NY 10036
Attorneys for Plaintiffs/Counter-Defendants

MIADOCS 14763154 1